IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FRANK ROSE                            *

      Plaintiff,                   *   Civil Action No. RDB 02 CV 2973

v.                                    *

THE JOHNS HOPKINS UNIVERSITY          *

      Defendant.                   *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### STIPULATION OF DISMISSAL WTH PREJUDICE

Plaintiff and Defendant, by their undersigned counsel, hereby stipulate and agree that the above captioned matter be dismissed with prejudice. Each Party shall bear its own costs, expenses and attorney's fees.

_/s/ Joseph T. Mallon, Jr./CAB_
Joseph T. Mallon, Jr.
16 S. Calvert Street Ste. 1002
Baltimore, Maryland 21201
(410) 7274770

Attorney for Plaintiff

_/s/ Gerard D. St. Ours_
Gerard D. St. Ours
Associate General Counsel
Trial Bar No.: 08613

_/s/ Clyde A. Bernett, Jr._
Clyde A. Bernett, Jr.
Assistant General Counsel
Trial Bar No.: 25609

Johns Hopkins University
3400 North Charles St. 113 Garland
Baltimore, Maryland 21218
(410) 516-8128 - Phone

Attorneys for the Defendant

SO ORDERED, this _____ day of _____ 2003.

_____
United States District for the
District of Maryland